USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug. 25, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :     NOLLE PROSEQUI

             -v.-                    :

ZUHEIR SAID,                         :     S14 12 Cr. 171 (JPO)

             Defendant.              :

- - - - - - - - - - - - - - - - - x

       1.    The filing of this nolle prosequi will dispose of this case against ZUHEIR SAID, the defendant.

       2.    On February 29, 2012, the S1 Superseding Indictment in this case was filed, which charged ZUHEIR SAID, the defendant, with one count of conspiracy to commit health care fraud, in violation of Title 18, United States Code, Sections 1347 and 1349 (Count Two), and one count of conspiracy to commit mail fraud, in violation of Title 18, United States Code, Sections 1341 and 1349 (Count Three).

       3.    On May 21, 2013, the S14 Superseding Indictment in this case was filed, which charged ZUHEIR SAID, the defendant, with one count of conspiracy to commit health care fraud, in violation of Title 18, United States Code, Sections 1347 and 1349 (Count Two), and one count of conspiracy to commit mail fraud, in violation of Title 18, United States Code, Sections 1341 and 1349 (Count Three).

       4.    On April 22, 2014, the Government entered into a Deferred Prosecution Agreement with ZUHEIR SAID, the defendant. The Agreement provided that the prosecution against SAID be "deferred during the term of [SAID's] good behavior and satisfactory compliance

with the terms of [the Agreement] for the period of three months" and that "upon completion of [SAID's] supervision," "no further prosecution will be instituted" against SAID for the charges contained in Superseding Indictment S1 12 Cr. 171 (JPO) and Superseding Indictment S14 12 Cr. 171 (JPO).

    5. Pretrial Services Officer Jeffrey Steimel has informed the Government that ZUHEIR SAID, the defendant, has complied with the conditions of his Deferred Prosecution Agreement.

    6. In light of the foregoing, the Government recommends that an order of <u>nolle prosequi</u> be filed as to ZUHEIR SAID, the defendant, with respect to Superseding Indictment S1 12 Cr. 171 (JPO) and Superseding Indictment S14 12 Cr. 171 (JPO).

_____
PETER SKINNER
Assistant United States Attorney
Tel.: (212) 637-2601

Dated:    New York, New York
           August 21, 2014

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant ZUHEIR SAID, the defendant, with respect to Superseding Indictment S1 12 Cr. 171 (JPO) and Superseding Indictment S14 12 Cr. 171 (JPO).

_____
PREET BHARARA
United States Attorney
Southern District of New York

Dated:   New York, New York
         August 21, 2014

SO ORDERED:

_____
HONORABLE J. PAUL OETKEN
United States District Judge
Southern District of New York

Dated:   New York, New York
         August 25, 2014